UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
SAKENAS, GREGG

Case No.: 18-27088-ABA  
Chapter: 7  
Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on November 27, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 831 SAINT REGIS COURT, MANTUA  NJ 08051<br>(FMV $136,000.00) |
|---|---|

| Liens on property: | $146,234.00 - QUICKEN LOANS |
|---|---|

| Amount of equity claimed as exempt: | $23,675.0 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:        Andrew Sklar, Chapter 7 Trustee

Address:        1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

```
                       United States Bankruptcy Court
                             District of New Jersey
In re:                                                          Case No. 18-27088-ABA
Gregg Sakenas                                                   Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Oct 23, 2018
                              Form ID: pdf905          Total Noticed: 14


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2018.
db             +Gregg Sakenas,    831 Saint Regis Court,    West Deptford, Nj 08051-2047
517722837      +Apex Asset Mangement,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
517722839      +Heart House,    570 Egg Harbor Road,    Suite B-1,   Sewell, NJ 08080-2359
517722840      +Horizon Blue Cross,    PO Box 10193,    Newark, NJ 07101-3117
517722841      +Inspira Medical Group,    1120 Delsea Drive North,    Glassboro, NJ 08028-1444
517722842      +Lighthouse Mays Landing,    5034 Atlantic Avenue,    Mays Landing, NJ 08330-2022
517722844      +Quicken Loans, Inc,    KML Law Group, Inc,    216 Haddon Avenue,    Collingswood, NJ 08108-1120
517722845       Realty Solutions,    415 South WHP,    Audubon, NJ 08106
517722847      +Xfinity Comcast,    PO Box 7500,    Southeastern, PA 19398-7500
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 24 2018 00:19:08      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 24 2018 00:19:05      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517722838       E-mail/Text: mrdiscen@discover.com Oct 24 2018 00:18:11      Discover Card,    PO Box 30395,
                 84130
517722843      +E-mail/Text: bankruptcyteam@quickenloans.com Oct 24 2018 00:19:33      Quicken Loans, Inc,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
517722846      +E-mail/Text: jboehler@shorememorial.org Oct 24 2018 00:20:15      Shore Memorial hospital,
                 100 Medical Center Way,    Somers Point, NJ 08244-2389
                                                                                             TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2018 at the address(es) listed below:
          Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
          Andrew M. Carroll    on behalf of Debtor Gregg  Sakenas AndrewCarrollEsq@gmail.com
          Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Quicken Loans Inc. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```